The Kantrow Law Group, PLLC
Attorneys for the Debtor
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
516 703 3672
Fred S. Kantrow
Hailey L. Kantrow

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:

G&D TRANSMISSION & FLEET SERVICE, INC.,

Debtor.

Case No.: 26-70352-spg
Chapter 11

---------------------------------------------------------------x

## APPLICATION FOR ENTRY OF AN ORDER
## SCHEDULING A HEARING ON AN EXPEDITED BASIS

TO:    HON. SHERYL P. GIUGLIANO
        UNITED STATES BANKRUPTCY JUDGE

G&D Transmission & Fleet Service, Inc., the debtor and debtor-in-possession (the "Debtor"), by and through its attorneys, The Kantrow Law Group, PLLC, respectfully submits this as and for its application (the "Application") seeking the entry of an Order scheduling a hearing on an expedited basis to consider the Debtor's request to voluntarily dismiss this chapter 11 case, and states as follows:

1.      As set forth in the accompanying application and Local Rule 9077-1 affidavit, the Debtor is seeking to dismiss this chapter 11 case.  The Debtor's seeks expedited relief so that it may avoid the increasing administrative expenses to the estate which shall go unpaid.

2.      A motion to dismiss requires 24 days notice and this will only delay that which is now inevitable – namely the shutdown of the Debtor's business.

3.      Under the circumstances, the Debtor seeks expedited relief.

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter an Order scheduling a hearing on an expedited basis to consider granting relief to dismiss the chapter 11 case.

Dated: Smithtown, New York
June 29, 2026

The Kantrow Law Group, PLLC
Attorneys for the Debtor

BY:   S/Fred S. Kantrow
Fred S. Kantrow
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
516 703 3672
fkantrow@thekantrowlawgroup.com